

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
444 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CA 90071

LOS ANGELES
REGIONAL OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2023

**Via CM/ECF**

January 20, 2023

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007

ok

Re:   *Securities and Exchange Commission v. Cecilia Millan, et al.*
      **Case No. 1:20-cv-06575-CM**
      Response to Court's Order re Case Status (Dkt. No. 30)

Dear Judge McMahon:

*Colleen McMahon*   1/23/2023

In response to the Court's Order re: Case Status Conference (Dkt. No. 30), the Securities and Exchange Commission provides the following explanation as to the status of this matter.

On October 5, 2020, this Court granted Defendants Cecilia Millan and Margarita Cabrera's request to stay this action pending the resolution of an active parallel criminal matter, *United States of America v. Cecilia Millan, et al.*, Case No. 1:20-cr-00398-GBD (the "Criminal Matter"). Docket No. 19. The Criminal Matter remains on-going, and a pretrial conference has been set for February 7, 2023 at 9:45 a.m. Criminal Matter Dkt. No. 153.

Because this civil enforcement action has been stayed by the Court pending resolution of the parallel Criminal Matter, the Securities and Exchange Commission has taken no recent activity in this case. Upon final resolution of the Criminal Matter, the SEC will promptly notify this Court.

Respectfully submitted,

*/s/ Donald Searles*

Donald Searles
searlesd@sec.gov
Securities and Exchange Commission
Los Angeles Regional Office
444 S. Flower Street, Suite 900
Los Angeles, CA 90071
(312) 965-4573

cc: All counsel of record (Via CM/ECF)